Richard L. Mahfouz II (State Bar Number 246739)
Clerkin, Sinclair & Mahfouz, LLP
3333 Camino Del Rio South, Suite 120
San Diego, CA 92108
Telephone: 619-308-6550
Fax: 619-923-3143
E-mail: rlmahfouz@clerkinlaw.com

Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendants. | Case No. 2:24-cv-02519-JAM-AC <br><br> **ORDER VACATING PENDING DATES AND DEADLINES FOLLOWING NOTICE OF SETTLEMENT** <br><br> Honorable John A. Mendez <br> Senior United States District Judge |

IT IS HEREBY ORDERED THAT:

1. This action is stayed.
2. All scheduled dates and deadlines are hereby VACATED.
3. Plaintiff shall file a notice of dismissal and other dispositional documents within 60 days.

IT IS SO ORDERED.

Dated: March 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

NOTICE OF SETTLEMENT AND ORDER
1